# EXHIBIT A

# John S. Best
1164 Nikette Way, San Jose, CA  95120
408 482-4132
jsbest@pacbell.net

## Summary

John Best is a technology consultant with extensive experience as a research and development engineer and executive.  John managed the early development of multiple technologies leading to the rapid advances in hard disk drive capacities over the past 15 years.  He led the IBM research team which invented and developed the first GMR heads for disk drives and successfully transferred the technology into product development and manufacturing.  He led Hitachi/IBM activities for the integration of R&D efforts leading up to the formation of Hitachi Global Storage Technologies.  Subsequently, he guided the overall effort to develop perpendicular recording technology for introduction into Hitachi disk drives.  In addition, he has led a multi-disciplinary world class research laboratory (IBM's Almaden Research Center), setting its strategic priorities and managing multiple technologies from laboratory to successful product introduction, in systems, semiconductor lithography, software, and storage.

## Employment History

### Owner/Manager, First Ocean Consulting                                                                 1/2009 –

First Ocean Consulting provides investors, company management, and legal firms with technical management expertise in storage devices, and associated technologies.

### Chief Technologist, Hitachi Global Storage Technologies                                  1/2003 – 5/2008

Responsibilities included setting of company technical strategy, special technical projects, and coordination of advanced technical activities across Research, Advanced Technology and HDD Development organizations.
- Led overall company effort to develop and ship the world's first high volume perpendicular recording technology disk drive
- Communicated company technical strategy and status to customers and press
- Defined and managed development process that led to industry leading quality and time to market in mobile disk drives
- Led teams formed to solve product technical issues

### Chief Technologist, IBM Storage Technology Division                                         6/2001 – 1/2003

- Set IBM hard disk drive division technical strategy
- Communicated company technical strategy and status to customers and press
- Lead for Hitachi/IBM integration activities related to HDD R&D prior to formation of Hitachi Global Storage Technologies

### VP, Development, IBM Storage Technology Division                                           1/2000 – 6/2001

Managed 1000+ person team responsible for all technology and product development for IBM Storage Technology Division, including HDD and tape products
- Introduced multiple industry leading generations of mobile disk drives
- Initiated transition to a new low cost design base for desktop disk drives
- Re-built IBM's enterprise class HDD development team

### VP, Technology, IBM Storage Technology Division                                              4/1999 – 1/2000

Led team responsible for all head and media development for IBM HDD products

| | |
|---|---:|
| **VP, Storage, IBM Research Division** <br> **Director, IBM Almaden Research Center** | 12/1995 – 4/1999 |

Led the IBM Almaden Research Center, including storage and storage systems research; computer science and database research; and physical science activities in photolithography materials, nanotechnology and quantum computing. Responsible for overall direction of all digital storage related activities across IBM worldwide Research Division. Strengthened research and development efforts in storage and database systems to speed the transition from concept to product introduction.

| | |
|---|---:|
| **Director, Storage Systems and Technology, IBM Research Division** | 12/1994 – 12/1995 |

Led HDD, optical storage, and advanced storage devices in IBM Research. Reprioritized optical storage work to support DVD standardization and deployed technical resources to accelerate HDD technology development.

| | |
|---|---:|
| **Manager, Recording Heads, IBM Research Division** | 8/1992 – 12/1994 |

Led the team responsible for all magnetic recording head related work in IBM Research, including development of first 2 and 5 Gb/in^2 head prototypes and world's first giant magneto-resistive (GMR) heads.

| | |
|---|---:|
| **Manager, Advanced Storage Concepts, IBM Research Division** | 1983 – 8/1992 |

Manager and technical lead for IBM Research group on magnetic disk drive technologies
- First perpendicular recording experiments with MR heads on CoCr disks
- Developed HDD component test technologies for heads and disks, including Kerr effect imaging tools, glide height test technology, the first MR head quasistatic testers, and noise characterization tools
- Developed format architectures, including invention of headerless data format required for use of sector servo with MR heads and zone density recording, now standard in all disk drives

| | |
|---|---:|
| **Research Staff Member, IBM San Jose Research** | 7/1979 – 1983 |

Individual Research contributor in the fields of magnetic bubble technology; perpendicular recording; and thin film head and head disk interface characterization.

### Education:

BS, Physics, California Institute of Technology, 1975
Ph. D. Applied Physics, California Institute of Technology, 1979

### Miscellaneous:

Senior Member, IEEE
Prior member, IBM Academy of Technology
Prior member, UC Berkeley, EECS advisory board
Past board member, The Tech Museum of Innovation
Chairman, Lawrence Livermore National Laboratory Computation Directorate external review committee
IDEMA Advanced Storage Technology Consortium steering committee advisor
Inventor, 11 issued US patents
Multiple IBM outstanding technical achievement awards

### Other Interests:

Design and programming controllers for networked amateur radio repeaters, mentoring FIRST high school robotics team, restoration of historical disk drives